UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

THOMAS A. CALLAHAN, JAMES T. CALLAHAN,
MICHAEL SALGO and WILLIAM TYSON, in their
capacity as the Board of Trustees of the ANNUITY FUND
THE INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO,

**DEFAULT JUDGMENT**

20-CIV-5814 (JPO) (SN)

Plaintiffs,

-against-

AINSWORTH CUMMINGS,

Defendant.
————————————————————————X

The Court grants Plaintiffs' motion for default judgment and the Clerk of the Court is directed to enter judgment against Defendant AINSWORTH CUMMINGS in the amount of $224,584.13 which has been calculated as follows: (1) $220,779.13 in Principal Amount; (2) $3,315.00 in attorneys' fees and (3) $490.00 in costs and disbursements.

SO ORDERED.

Dated: New York, New York
    September 15, 2020

_____
J. PAUL OETKEN
United States District Judge