# BRADY McGUIRE & STEINBERG, P.C.

ATTORNEYS-AT-LAW
303 SOUTH BROADWAY
SUITE 234
TARRYTOWN, NEW YORK 10591
TELEPHONE (914) 478-4293
FACSIMILE (914) 478-4142
WWW.BRADYMCGUIRESTEINBERG.COM
MATTHEW G. McGUIRE, PARTNER
JAMES M. STEINBERG, PARTNER
BEVERLY G. ROSELL, LEGAL ASSISTANT

ROBERT D. BRADY, RETIRED
PATRICK McHUGH, OF COUNSEL
PETER T. SHERIDAN, OF COUNSEL

CONNECTICUT OFFICE
595 SUMMER STREET
2nd FLOOR
STAMFORD, CT 06901
TELEPHONE (203) 403-2217

Direct EMAIL james@bradymcguiresteinberg.com

September 15, 2020

<u>Via ECF Filing Only</u>

The Honorable J. Paul Oetken
United States District Court
40 Foley Square
New York, New York 10007

    Re:    Thomas A. Callahan *et al.* v. Ainsworth Cummings
             Civil Case No. 20-CIV-5814 (JPO) (SN)

Dear Judge Oetken:

    Our office represents Plaintiffs Thomas A. Callahan, James T. Callahan, Michael Salgo and William Tyson, in their capacity as the Board of Trustees of the Annuity Fund of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO in connection with the above-captioned matter. Earlier today, and prior to the entry of the default judgment (Docket No. 17), the undersigned was advised by the Fund Administrator for Plaintiff Local 15 Annuity Fund that the defendant had been in contact with Plaintiffs and the parties were close to amicably resolving the case. Subsequent to the entry of the default judgment, the undersigned spoke with the Fund Administrator again and learned that the parties had reached an amicable resolution. Due to such resolution, Plaintiffs respectfully request that the default judgment entered today be vacated in accordance with Rule 60(b)(6) of the Federal Rules of Civil Procedure. Upon the default judgment being vacated, Plaintiffs shall promptly file a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

    Thank you for your attention to this matter.

> Granted. The default judgment at Docket Number 17 is hereby vacated and the case is reinstated.
> So ordered: September 17, 2020

Respectfully submitted,

/s/ *James M. Steinberg*

James M. Steinberg, Esq.

_____
J. PAUL OETKEN
United States District Judge